NUMBER 13-05-091-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________
 
KOFI BROU, ET AL.,                                                        Appellants,

v.

ROSA ARGUETA,                                                              Appellee.
_________________________________________________________

On appeal from the 165th District Court
of Harris County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellants, KOFI BROU, ET AL., perfected an appeal from a judgment entered
by the 165th District Court of Harris County, Texas, in cause number 2002-54699. 
After the notice of appeal was filed, appellants filed a motion to dismiss the appeal. 
In the motion, appellants state that this case has been resolved and appellants no
longer wish to prosecute this appeal. Appellants request that this Court dismiss the
appeal.
         The Court, having considered the documents on file and appellants’ motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellants’
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and 
filed this the 10th day of March, 2005.